AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Billy Edward Toycen

*Plaintiff*

v.

YAKIMA COUNTY JAIL, CITY OF UNION GAP, CITY OF YAKIMA MUNICIPAL COURT, YAKIMA COUNTY DISTRICT COURT, YAKIMA COUNTY SUPERIOR COURT and U.S. DISTRICT COURT

*Defendant*

Civil Action No. 1:22-cv-03198-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED. Pursuant to the court order filed at ECF No 6, this action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 4/12/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony